In the Matter of the Judicial Settlement of the Accounts of ALBERT C. HALL and THOMAS G. RITCH, Appellants, as Trustees of ALVAH HALL, Deceased.

ISABEL M. HALL et al., Respondents.

(Submitted November 12, 1900; decided November 20, 1900.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 196.)